**IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

KEVIN LINDKE,
    *Plaintiff - Appellant*,

v.

JAMES R. FREED,
    *Defendant - Appellee*

Case No. 21-2977

**MOTION FOR EXTENSION OF TIME
TO FILE REHEARING PETITION AND
REHEARING EN BANC PETITION**

Pursuant to Federal Rule of Appellate Procedure 40, Appellant KEVIN LINDKE, by counsel, respectfully requests this Court to grant an extension of time to file a petition for rehearing and rehearing en banc pursuant to FRAP 40(a)(1) until July 20, 2022 for the following reasons—

1. This case is a first impression matter for this Circuit regarding the interaction of state-action and social-media.

2. The panel issued a published decision on June 27, 2022.

3. The panel's decision created a circuit split.

4. The Second, Fourth, Eighth, and Eleventh Circuits have held that First Amendment prohibits government officials from blocking citizens online by looking to social-media page's purpose and appearance.

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

1

5. The panel here decided differently and instead focused on the actor's official duties and use of government resources, and found a lack of state action under a new standard.

6. Counsel for Appellant has begun drafting the Petition but has been unable to finish the scholarly Petition by the current deadline due other professional responsibilities including the filing several large briefs before the Michigan Supreme Court and several scheduled trials that only recently were either completed or resolved.

7. Counsel for Appellant is a largely solo practitioner and has no other attorneys in his office who can complete the needed Petition.

8. Counsel for Appellant is a regularly practicing attorney before this Court and has previously filed briefs timely and consistently in numerous other matters and this request is not made lightly.

9. There is no prejudice to any party in providing this relief sought by this motion.

10. This motion is filed before the deadline has passed.

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

## RELIEF REQUESTED

For the foregoing reasons, Appellant, by counsel, respectfully requests this Court to grant an extension to file the forthcoming Petition until July 20, 2022.

Date: July 10, 2022        RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
OUTSIDE LEGAL COUNSEL PLC
by PHILIP L. ELLISON (P74117)
Attorney for Appellant
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney of record, hereby certify that on the date stated below, I electronically filed the above document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel or parties of record.

Date: July 10, 2022      RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
OUTSIDE LEGAL COUNSEL PLC
by PHILIP L. ELLISON (P74117)
Attorney for Appellant
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com