RECEIVED

OCT 1 1 2022

DEBORAH S. HUNT, Clerk

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 7, 2022

Clerk
United States Court of Appeals for the Sixth
Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

   Re: Kevin Lindke
     v. James R. Freed
     Application No. 22A291
     (Your No. 21-2977)

Dear Clerk:

  The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kavanaugh, who on October 7, 2022, extended the time to and including January 2, 2023.

  This letter has been sent to those designated on the attached notification list.

       Sincerely,

       **Scott S. Harris**, Clerk

       by

       Lisa Nesbitt
       Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. Allon Kedem
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001


Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

Case: 21-2977    Document: 34    Filed: 10/18/2022    Page: 2