# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

January 4, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Jan 06, 2023
DEBORAH S. HUNT, Clerk

    Re:  Kevin Lindke
           v. James R. Freed
           No. 22-611
           (Your No. 21-2977)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on December 29, 2022 and placed on the docket January 4, 2023 as No. 22-611.

           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Rashonda Garner
           Case Analyst