# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 16, 2024

Clerk
United States Court of Appeals
 for the Sixth Circuit
540 Potter Stewart United States Courthouse
100 E. Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Apr 16, 2024
KELLY L. STEPHENS, Clerk

Re: Kevin Lindke
v. James R. Freed
No. 22-611 (Your docket Nos. 21-2977)

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk– Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 16, 2024

Mr. Allon Kedem, Esq.
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001

Mrs. Victoria Read Ferres, Esq.
Fletcher, Fealko, Shoudy & Francis, P.C.
1411 Third Street, Suite F
Port Huron, MI 48060

Re:  Kevin Lindke
     v. James R. Freed
     No. 22-611

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Sixth Circuit.

The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of joint appendix:** | **$10,526.86** |
| **Clerk's costs:** | **$300.00** |
| **Total:** | **$10,826.86** |

This amount may be recovered from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk– Judgments

cc:  Clerk, 6th Cir.
     (Your docket Nos. 21-2977)

# Supreme Court of the United States

No. 22–611

**KEVIN LINDKE,**

Petitioner

v.

**JAMES R. FREED**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Sixth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner, Kevin Lindke, recover from James R. Freed, Ten Thousand Eight Hundred Twenty-six Dollars and Eighty-six Cents ($10,826.86) for costs herein expended.

March 15, 2024

| | |
|---|---|
| **Printing of joint appendix:** | $10,526.86 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $10,826.86 |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States