# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

KEVIN LINDKE,
    *Plaintiff - Appellant,*

Case No.: 21-02977

v.

**MOTION**

JAMES FREED,
    *Defendant – Appellee*
                                            /

## MOTION TO SEAL DECLARATION

NOW COMES Appellant KEVIN LINDKE, by counsel, and moves to seal the declaration of Philip L. Ellison as the supporting documentation to the forthcoming motion for extension of briefing schedule and adjourn oral argument. A copy of the declaration has been provided to opposing counsel.

## MEMORANDUM OF LAW

6 Cir. R. 25 (h) governs sealed documents. "A motion to file sealed documents may be filed electronically unless prohibited by law, local rule, or court order." 6 Cir. R. 25 (h)(2).

## RELIEF REQUESTED

WHEREFORE, the Court is requested to enter an order sealing the declaration of attorney Philip L. Ellison.

1

<table>
<tr><td>Date: May 15, 2024</td><td>s/ Philip L. Ellison<br>PHILIP L. ELLISON<br>OUTSIDE LEGAL COUNSEL PLC<br>PO Box 107<br>Hemlock, MI 48626<br>(989) 642-0055<br>pellison@olcplc.com<br><br>Attorney for Appellant Lindke</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on the date stated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of and a copy of such filing to counsel of record at their email address(es) of record.

Date: May 15, 2024        s/ Philip L. Ellison
PHILIP L. ELLISON
OUTSIDE LEGAL COUNSEL PLC
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

Attorney for Appellant Lindke