UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

KEVIN LINDKE,
    *Plaintiff - Appellant,*

Case No.: 21-02977

v.

MOTION

JAMES FREED,
    *Defendant – Appellee*
                               /

### MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFS AND TO CONTINUE ORAL ARGUMENT

NOW COMES Appellant KEVIN LINDKE, by counsel, and moves for an extension of time to file the supplemental brief due from Appellant Kevin Lindke by twenty-eight (28) days for the reasons stated in the declaration of Philip L. Ellison previously submitted under seal. This extension request will necessitate that the same time extension be provided to Appellee counsel's supplemental briefing deadline and likely mandating the adjournment/continuing the expedited oral argument set for July 8, 2024 to a future date. The undersigned has communicated with opposing counsel regarding the need for these extensions and there is no objection given the circumstances outlined in the declaration of Philip L. Ellison.

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

## MEMORANDUM OF LAW

A party seeking an extension of time must do so by written motion. 6 Cir. R. 26(a)(1). This Court has the inherent authority to control the movement of this case on its docket. *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936).

## RELIEF REQUESTED

WHEREFORE and for the reasons provided by the declaration of attorney Philip L. Ellison under seal, the Court is requested to enter order providing a 28 days extension of all current supplemental briefing deadlines and, to the extent necessary, adjourn/continue the expedited oral argument recently scheduled by this Court for this case.

Date: May 15, 2024

s/ Philip L. Ellison
PHILIP L. ELLISON
OUTSIDE LEGAL COUNSEL PLC
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

Attorney for Appellant Lindke

## CERTIFICATE OF SERVICE

I hereby certify that on the date stated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of and a copy of such filing to counsel of record at their email address(es) of record.

Date: May 15, 2024

s/ Philip L. Ellison
PHILIP L. ELLISON
OUTSIDE LEGAL COUNSEL PLC
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

Attorney for Appellant Lindke

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com