No. 21-2977

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
May 21, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| KEVIN LINDKE, | ) |
| | ) |
|     Plaintiff-Appellant, | ) |
| | ) |
| v. | )     O R D E R |
| | ) |
| JAMES R. FREED, in his official and personal capacities, | ) |
| | ) |
|     Defendant-Appellee. | ) |

Upon consideration, the Court **GRANTS** the motion to extend time to file briefs. The appellant should file his brief no later than 5:00 p.m. Eastern on June 14. The appellee should file his brief no later than 5:00 p.m. Eastern on June 28. Appellant may file a reply brief by 5:00 p.m. Eastern on July 12. Appellant and Appellee briefs should not exceed forty double-spaced pages each. Appellant's reply brief should not exceed twenty-five double-spaced pages. Oral argument is **RESCHEDULED** for July 29 at 3:00 p.m. Eastern via Zoom.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk