**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 21, 2024

**RE-SCHEDULED for Argument by VIDEO Conference at
3:00 p.m. (Eastern Time) on Monday, July 29, 2024**

Mr. Philip Lee Ellison
Outside Legal Counsel
P.O. Box 107
Hemlock, MI 48626

Ms. Victoria Ferres
Fletcher, Fealko, Shoudy & Francis
1411 Third Street, Suite F
Port Huron, MI 48060-3893

Mr. Todd J. Shoudy
Fletcher, Fealko, Shoudy & Francis
1411 Third Street, Suite F
Port Huron, MI 48060-3893

Re: No. 21-2977, *Kevin Lindke v. James Freed*

Dear Counsel:

This case has been **RE-SCHEDULED** for argument by VIDEO conference at **3:00 p.m. (Eastern Time) on Monday, July 29, 2024** before a three-judge panel of the Sixth Circuit Court of Appeals. You must be available for argument from **2:30 p.m. through 4:00 p.m.** In addition, please note the following:

- Approximately one to two days prior to the argument date, you will be provided specific video conference information;
- The time allotted for oral argument is limited to 15 minutes per side;
- You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on the Sixth Circuit's website at www.ca6.uscourts.gov two weeks prior to argument.

**If you are the attorney who will present argument in this case, download the *Argument Acknowledgment form* from the website and file it electronically with the Clerk's office by June 4, 2024**.

Counsel is strongly discouraged from seeking continuances of oral argument as they are granted only in exceptional circumstances. If counsel is seeking a continuance or waiver of oral argument, a motion should be filed as soon as possible. Please note that the filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.

Sincerely yours,

s/Jeanine R. Hance
Calendar Deputy