UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| KEVIN LINDKE, <br><br> *Plaintiff–Appellant*, <br><br> v. <br><br> JAMES R. FREED, in his official and personal capacities, <br><br> *Defendant–Appellee*. | No. 21-2977 |

**MOTION OF THE KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY AND THE ELECTRONIC FRONTIER FOUNDATION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT AS AMICI CURIAE IN SUPPORT OF PLAINTIFF–APPELLANT**

Pursuant to Federal Rule of Appellate Procedure 29(a)(8) and Local Rule 29, amici curiae the Knight First Amendment Institute at Columbia University ("Knight Institute" or "Institute") and the Electronic Frontier Foundation ("EFF") move for leave to participate in the July 29, 2024 oral argument in this case in support of Plaintiff–Appellant Kevin Lindke. Amici respectfully ask that this Court allot amici five minutes of additional argument time, or, in the alternative, allow counsel for Plaintiff–Appellant to cede five minutes of his time to amici.

Counsel for Plaintiff–Appellant has informed amici that he consents to this motion and, if the Court does not grant amici five additional minutes of argument time, he consents to ceding five minutes of his time to amici. Counsel for Defendant–Appellee have advised amici that they do not consent to the motion.

1

In support of their motion, amici state as follows:

Amici, two nonprofit legal organizations dedicated to protecting and strengthening public discourse online, have extensive experience with the development of the law addressing social media blocking by government actors. The Knight Institute is a non-partisan, not-for-profit organization that works to defend the freedoms of speech and the press in the digital age through strategic litigation, research, and public education. The Institute's aim is to promote a system of free expression that is open and inclusive, that broadens and elevates public discourse, and that fosters creativity, accountability, and effective self-government. The Institute is particularly committed to protecting the integrity and vitality of online forums in which citizens communicate with each other and government representatives about matters of public concern, and it has represented plaintiffs in social media blocking cases involving government actors and entities. *See Davison v. Randall*, 912 F.3d 666 (4th Cir. 2019); *Knight First Amend. Inst. at Columbia Univ. v. Trump*, 928 F.3d 226 (2d Cir. 2019), *vacated as moot sub nom. Biden v. Knight First Amend. Inst. at Columbia Univ.*, 141 S. Ct. 1220 (mem.) (2021); *People for the Ethical Treatment of Animals v. Tabak*, No. 23-5110 (D.C. Cir. 2023). The Institute has also participated in oral argument as amicus to address questions about state action and public officials' use of social media. *See Campbell v. Reisch*, 986 F.3d 822 (8th Cir. 2021).

EFF has, for over 30 years, worked on behalf of its more than 30,000 dues-paying members to protect the rights of users to transmit and receive information online. EFF has written extensively on the issues presented in this appeal and has filed amicus briefs in similar cases, including in the Supreme Court's consideration of this case, *Lindke v. Freed*, 601 U.S. 187 (2024), as well as circuit cases including *Knight First Amendment Institute at Columbia University v. Trump*, 928 F.3d 226 (2d Cir. 2019), *Robinson v. Hunt County*, 921 F.3d 440 (5th Cir. 2019), and *Campbell v. Reisch*, 986 F.3d 822 (8th Cir. 2021), and has represented plaintiffs in social media blocking cases involving government accounts, including *People for the Ethical Treatment of Animals, Inc. v. Young*, No. 4:18-cv-01547 (S.D. Tex. 2018), and *People for the Ethical Treatment of Animals, Inc. v. Young*, No. 4:20-cv-02913 (S.D. Tex. 2020).

Amici submits that their expertise on the issues before the Court would be valuable to the Court, and that their participation at oral argument would assist the Court in deciding the significant state action questions this case presents. Amici have a vested interest in the outcome of this case because it represents the first time that an appellate court will consider the application of the state action test announced by the Supreme Court in its opinion in this case. Participation in the argument would allow amici to illuminate the potential effects of this Court's ruling on other cases

involving social media blocking by public officials and the significance of these issues for the vitality of public discourse online.

For these reasons, amici respectfully request that this Court grant them five minutes of additional argument time to participate in oral argument. In the alternative, amici respectfully request that this Court grant them five minutes of time ceded by counsel for Plaintiff–Appellant.

| | |
|---|---|
| Dated: June 28, 2024 | Respectfully submitted, |
| | /s/ *Katherine Fallow* |
| | Katherine Fallow |
| | Stephanie Krent |
| | Alexia Ramirez |
| | Knight First Amendment Institute at Columbia University |
| | 475 Riverside Drive, Suite 302 |
| | New York, NY 10115 |
| | (646) 745-8500 |
| | katie.fallow@knightcolumbia.org |
| | |
| | *Attorneys for Amici Curiae* |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 682 words. I further certify that this motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared using Microsoft Word in 14-point Times New Roman font, a proportionally spaced typeface.

Dated: June 28, 2024

                                                  /s/ *Katherine Fallow*
                                                  Katherine Fallow

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Dated: June 28, 2024

                                                /s/ *Katherine Fallow*
                                                Katherine Fallow