**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

**NOTICE OF VIDEO ARGUMENT TIME CHANGE**

Filed: July 29, 2024

Mr. Philip Lee Ellison
Outside Legal Counsel
P.O. Box 107
Hemlock, MI 48626

Ms. Katherine Fallow
Columbia University First Amendment Institute
475 Riverside Drive, Suite 302
New York, NY 10115

Ms. Victoria Ferres
Fletcher, Fealko, Shoudy & Francis
1411 Third Street, Suite F
Port Huron, MI 48060-3893

Re: Case No. 21-2977, *Kevin Lindke v. James Freed*
Originating Case No.: 2:20-cv-10872
Time Change of Oral Argument -- Monday, July 29, 2024

Dear Counsel,

The time for oral argument set for the above case has been changed to 2:30 p.m. (Eastern Time) this afternoon. The conference details will remain the same as previously sent on July 26, 2024. Attendees are expected to join the conference **no later than 2:15 p.m. (Eastern Time).**

If you have any questions or concerns, please contact me directly.

Sincerely yours,

s/Robin L. Johnson
Calendar Deputy

cc: Ms. Stephanie Krent
　　Mr. Todd J. Shoudy